Case 1:23-cv-00800-JLS-LGF   Document 1   Filed 08/08/23   Page 1 of 15

23 CV 800

IN THE UNITED STATE DISTRICT COURT
FOR THE 8TH DISTRICT OF NEW YORK

**Plantiff**
tyshwan L young D/b/a TYSHWAN YOUNG
C/o 1440 Jefferson Ave Republic Suite 245
Buffalo, New York, 14208

**Vs.**



**Defendant #1**
Thomas J Quatroche, d/b/a/ THOMAS J QUATROCHER ,JR., PH.D
CHEIEF EXECUTIVE OFFICER ERIE COUNTY MEDICAL CENTER
462 Grider Buffalo New York 14215

**Defendant #2**
Lynn Wessel kean d/b/a SUPREM COURT JUDGE
LYNN WESSEL KEAN
50 Delawear **Buffalo New York 14202**

**Defendant #3**
**Lakeema Ithna-Asheri** lives at 506 4th street Niagara falls
**New York 14301**

**Defendant #4**
Amy Terrose d/b/a AMY TERROSE
BUSSINESS MANAGER FOR ELLICOTT CENTER
FOR THE NURSING HOME
Buffalo New York200 7th street Buffalo
New York 14201

**Defendant #5**
Sara Hall d/b/a SARA HALL DIRECTOR OF SOCIAL WORKER
FOR ELLICOTT CENTER FOR THE NURSING HOME
Buffalo New York 200 7th street Buffalo
New York 14201

**Defendant #6**
James Lockwood d/b/a JAMES LOCKWOOD DIRECTOR
FOR ELLICOTT CENTER FOR THE NURSING HOME
Buffalo New York 200 7th street Buffalo
New York 14201

**Defendant #7**
Mendit Path d/b/a MENDIT PATH ADMINISTRATIVE
FOR ELLICOTT CENTER FOR THE NURSING HOME
Buffalo New York 200 7th street Buffalo New York 14201

1

**Defendant #8**
Eian Keneedy d/b/a EIAN KENEEDY
Buffalo New York200 7th street Buffalo
New York 14201

**Defendant #9**
Heidi Smith d/b/a HEIDI SMITH R.N
FOR ELLICOTT CENTER FOR THE NURSING HOME
Buffalo New York 200 7th street Buffalo
New York 14201

**Defendant #10**
**Menda Puttin d/b/a MENDA PUTTIN ADMINITRATOR**
FOR ELLICOTT CENTER FOR THE NURSING HOME
Buffalo New York 200 7th street Buffalo
New York 14201

**Defendant #11**
**Thomas J Quatroche D/b/a Chief Executive officer of**
**ERIE COUNTY MEDICAL CENTER**
**462 Grider Avenue**

**Defendant #12**
**Emily H O'Reily d/b/a EMILY H. O'REILY**
**for Mark Peszko, Esq**
**151 Brisbane Building 403 Main street**
**Buffalo New York 1420**
---------------------------------------------------
100 rand Building 14 Lafayette Square
Buffalo, New York 14203
Tel # 716856-3500 fax 716-856--3390

**Defendant #13**
Ashley Eason d/b/a ASHLEY EASON
**ADMINISTRATOR OF NIAGRA REHAB**
 822 cedar Avenue Niagra Buffalo New York

**Defendant #14**
Matthew Lazroe d/b/a ATTORNEY MATTHEW LAZROE law firm
 43 Court Street Buffalo New York 14202

**Defendant #15**
**Dennis Glascott d/b/a/ a DENNIS GLASSCOTT**
**the court clerk for Mastrate Lynn weezll kean**
**Kean Buffalo New York 14202**

2

**Defendant #16**
Arron Chang D/b/a ARRON CHANG president and CEO
of SISTER Of CHARITY HOSPITOL  Business at
2175 MAIN STREET BUFFALO NEW YORK 14214

**Defendant #17**
Name Matthew Lazroe d/b/a
MATTHEW LAZROE ATTORNEY AT LAW
Has a place of business 43 Court
Street Buffalo New York 14202

## The complaint of the Plaintiff/ injured party young: tyshwan also known as Tyshwan Young D/b/a TYSHWAN L YOUNG respectfully shows and alleges as follow.

**1).** The Plaintiff/ injured party young: tyshwan also known as Tyshwan Young A D/b/a

**TYSHWAN L YOUNG is a resident of the State of New York, I young tyshwan Domicile**

**at 1440 Jefferson Buffalo New York Republic suite 254 nondomestic without the US is where I**

conduct my Business, I hereby Grant this court Jurisdiction.

**Defendant #1**
Thomas J Quatroche, d/b/a/ THOMAS J QUATROCHER ,JR., PH.D CHEIEF EXECUTIVE OFFICER ERIE COUNTY MEDICAL CENTER has a place of Business at **462 Grider Buffalo New York 14215**

**Defendant #2**
Lynn Wessel kean d/b/a SUPREM COURT JUDGELYNN WESSEL KEAN
has a place of Business at 50 Delawear **Buffalo New York 14202**

**Defendant #3**
Lakeema Ithna-Asheri  lives at 506 4th street Niagara falls
New York 14301

**Defendant #4**
Amy Terrose d/b/a AMY TERROSE
BUSSINESS MANAGER FOR ELLICOTT CENTER FOR THE NURSING HOME
has a place of Business at Buffalo New York200 7th street Buffalo New York 14201

**Defendant #5**

3

Sara Hall d/b/a SARA HALL DIRECTOR OF SOCIAL WORKER FOR ELLICOTT CENTER FOR THE NURSING HOME has a place of Business at Buffalo New York 200 7th street Buffalo New York 14201

**Defendant #6**
James Lockwood d/b/a JAMES LOCKWOOD DIRECTORFOR ELLICOTT CENTER FOR THE NURSING HOME **has a place of at** Buffalo New York 200 7th street Buffalo New York 14201

**Defendant #7**
Mendit Path d/b/a MENDIT PATH ADMINISTRATIVE FOR ELLICOTT CENTER FOR THE NURSING HOME **has a place of at** Buffalo New York 200 7th street Buffalo New York 14201

**Defendant #8**
Eian Keneedy d/b/a EIAN KENEEDY
**has a place of at** Buffalo New York200 7th street Buffalo New York 14201

**Defendant #9**
Heidi Smith d/b/a HEIDI SMITH R.N
FOR ELLICOTT CENTER FOR THE NURSING HOME **has a place of at** Buffalo New York 200 7th street Buffalo New York 14201

**Defendant #10**
**Menda Puttin d/b/a MENDA PUTTIN ADMINITRATOR**
FOR ELLICOTT CENTER FOR THE NURSING HOME **has a place of at** Buffalo New York 200 7th street Buffalo New York 14201

**Defendant #11**
Thomas J Quatroche D/b/a Chief Executive officer of has a place of at ERIE COUNTY MEDICAL CENTER 462 Grider Avenue

**Defendant #12**
Emily H O'Reily d/b/a EMILY H. O'REILY
for Mark Peszko, Esq
151 Brisbane Building 403 Main street
Buffalo New York 1420
--------------------------------------------------- has a place of at
100 rand Building 14 Lafayette Square
Buffalo, New York 14203
Tel # 716856-3500 fax 716-856--3390

**Defendant #13**
Ashley Eason d/b/a ASHLEY EASON
**ADMINISTRATOR OF NIAGRA REHAB has a place of at 822 cedar Avenue Niagra Buffalo New York**

**Defendant #14**
Matthew Lazroe d/b/a ATTORNEY MATTHEW LAZROE law firm has a place of at 43 Court Street Buffalo New York 14202

4

**Defendant #15**
Dennis Glascott d/b/a/ a DENNIS GLASSCOTT the court clerk for Mastrate Lynn weezll kean Kean Buffalo New York 14202

**Defendant #16**
Arron Chang D/b/a ARRON CHANG president and CEO of SISTER Of CHARITY HOSPITOL has a place of Business at 2175 MAIN STREET BUFFALO NEW YORK 14214

**Defendant #17**
Name Matthew Lazroe d/b/a
MATTHEW LAZROE ATTORNEY AT LAW
Has a place of business 43 Court Street Buffalo New York 14202

# This notice a civil right action Brought by a pro se plaintiff tyshwan young bring this case before this court under title under 18 USC §242] Deprivation of right

1. Title 18. U.S C., Section 241- **Conspiracy Against Right**

2. Title 18. U.S C., Section 242 **Deprivation of right**

3. Title 42, U. S. C. Section 14141- **Pattern and Practice**

Plaintiff seek damages in the amount of 1,000,0000,000 per individual per violation .Thomas J Quatroche, d/b/a/ THOMAS J QUATROCHER ,JR., PH.D CHEIEF EXECUTIVE OFFICER ERIE COUNTY MEDICAL CENTER 462 Grider Buffalo New York 14215 Et. Al .

   II. Defendant are in Breach of Contract

   A. Illegal Status
   Defendant seek a declaratory judgment pursuant to federal law 18 USC §242]

Deprivation of right because (1) these defendant do not have althea mae silmon a/k/a ALTHEA MAE SILMON sign Consent in their cause of action (2) The defendant Claim is Untimely and regular on its face.

   [A] A lawful contract consisting of these six elements

   1. Offer by person Qualified to make the contract

2. Acceptance by party Qualified to make and accept the contract.
3. Bargain or agreement and full disclosure and complete understanding by both parties.
4. Consideration given ,(Conscionable)
5. Must have the elements of time to make the contract lawful
6. Both parties must be sui juris, that is of lawful age. Usually 21 years old. An require both autograph

## Plaintiff Claim's Brought pursuant to 18 U. S. C.§§ 241 and 242 and 14141.

My name is tyshwan young  I am the power of attorney  and Health care proxy and license nurses Aid of MY mother althea mae silmon  this court order was sign October 11th 2019 due to neglect of two previous Nursing home and bed sores. My POWER OF ATTORNEY has a clause on page 5  ACCETANCE BY THIRD PARTIES which indemnify me from  any third party taking such a position without my mother signing notification relinguishing me of that Duty and interfering without althea mae salmon sign consent. althea mae silmon  was alert, Can clearly state her case, Read and write, drive a car cook and knew how to clean herself. Has common sense. And knew when to say yes and no. Would'nt harm herself or anyone else when these paper were sign.

On 6/14/22 I brought My mother althea mae silmon from her home 3511 Union Road Cheektowaga New York to ECMC 462 Grider street Buffalo New York 14215 under the care Thomas J Quatroche, d/b/a/ THOMAS J QUATROCHER ,JR., PH.D CHEIEF EXECUTIVE OFFICER ERIE COUNTY MEDICAL CENTER because wound service stop coming to her home Misteriously.

Hidie last name unknown d/b/a case manager for icircle in Rochecter and i specifically Explained. To ECMC all we needed was wound service when i sent my mother to the Erie county Medical center, So that she may go back home. Thing were looking better for my mother.  My mother althea mae silmon ,Hidie  and  I tyshwan young  confirmed a discharge date On 7/22/22.

My Mother return home 7/22/22. But ECMC " Mysteriously did not provide my mother with wound service to take care of her bed sore that were healing. I called Hidie she stated that someone at ECMC drop the ball. I replied "you're the case manager". Without wound service at her home. I was force to return her back to ECMC that same day On 7/22/22 Just for the weekend until things were set up properly for her to return back home. These Breach of contract kept occurring and a weeks went by. I started enforcing my power of attorney for my mother's return to her home

Approximately at the end of August beginning of September my power of attorney was breach officially. I was told that there was a 50 days hold on my Mother and received a blank piece of paper with word on and a index number 811167/2022 with the names of Thomas J Quatroche, d/b/a/ THOMAS J QUATROCHER ,JR., PH.D CHEIEF EXECUTIVE OFFICER ERIE COUNTY MEDICAL CENTER , Lynn Wessel kean d/b/a SUPREM COURT JUDGE LYNN WESSEL KEAN My neice Lakeema Ithna-Asheri, Emily H O'Reily d/b/a EMILY H. O'REILY for Mark Peszko, Esq having personal interest in my mother and that I would have to fill out a "APLICATION". And would have to appear in a private court in OCTOBER which was postpone February 15th 2023 at 2pm (another delay)

Under duress threat and coercion i talk to some guy name Mark J Peszko at 515 Brisbane Building 403 Main Street Buffalo New York (14202)  WHICH I DIDN'T CONSENT. When I am competent enough to know in already the "POWER OF ATTORNEY" With these delays that kept occurring in a short time my mother stage 4/four bed sore got worst due to neglect that delay her return back home for months..

December 28th 2022 during a snow band under the care of Thomas J Quatroche, d/b/a/ THOMAS J QUATROCHER ,JR., PH.D CHEIEF EXECUTIVE OFFICER ERIE COUNTY MEDICAL CENTER. My mother althea mae silmon was remove from ECMC 462 Grider Buffalo New York 14205 without my consent nor notification. ECMC staff would not talk to me nor give any answer to the where about of "MY MOTHER. Days later from a relative who associate with my niece Lakeema Ithna-

7

Asheri. I found out My Mother had been moved To the Niagara falls rehabilitation Center 822 Cider Avenue under the care of CEO Joseph A. Ruffolo without my consent. And that I was band from the facility'. I started notifying complaint departments of their negligent and breach of contract of ECMC.

Under Threat duress and coercion I got an attorney Name Matthew Lazroe d/b/a MATTHEW LAZROE ATTORNEY AT LAW 43 Court Street Buffalo New York 14202 to appear in that court setting February 15th 2023. I sent register mail of a special appearance of me appearing in person and the 1983 COLOR OF LAW warning that the courts illegal validity of what they were appearing to do. And to see did "MY" mother althea mae silmon relinquish me of that duty. That day I fired the attorney I hired because he appeared to be working for the judge. I DID NOT AND DO NOT CONSENT on the record and for the record of this claim then and now . I proceeded to leave.

After 7/seven month of Exhausting remedies notifying CIVILE RIGHT DEPARTMENT, ATTORNEY GERNERAL SECRETARY OF STATE, ATTORNEY AFFIARS, Notifying Judicial Misconduct board, Filing Complaint on ECMC and Niagra falls rehabe Center 822 Cider Avenue, the Sheriff department. I even when as far as putting my mother in a trust. I did a UCC1 LEIN on my mother, Name change declaration along with a Schedule fee. Sent registed mail to the Secretary of state with and apostille return. I have an affidavit of publication of being the power of attorney and health care proxy of my mother althea mae silmon , Solitified it on Common law.com.

*Defendant petition is meritless under 42 U. S. C. § 14141. Creating a private cause of action Cordell v Town of signal Mountain, No 1: 13-cv137, 2014 WI. 57046602 at*

*4(E.D. Tenn. Nov. 4th 2014).

## Plaintiff second Claim's Brought pursuant to 18 U. S. C.§§ 241 and 242 and 14141.

Not knowing still without my consent on two different occasion 3 17 2023 5/26/23 my mother was admitted to Niagara falls Memorial Medical Center 621 10th street Niagra falls 14301 under the car of CEO Joseph A. Ruffolo again.

Thomas J Quatroche, d/b/a/ THOMAS J QUATROCHER ,JR., PH.D CHEIEF EXECUTIVE OFFICER ERIE COUNTY MEDICAL CENTER , Lynn Wessel kean d/b/a SUPREM COURT JUDGE LYNN WESSEL KEAN My neice Lakeema Ithna-Asheri, Emily H O'Reily d/b/a EMILY H. O'REILY for Mark Peszko, Esq conspired together to move Mother from Niagara falls Memorial Medical Center to Niagra falls rehabe Center 822 Cider Avenue Back and forth  without my consent making it hard for me to visit my Mother.

As I watch these stranger try to control my mother life in their hands she was Deteriorating due to neglect ,I finally had enough  and put my foot  down and Showed again Niagra falls 'rehabe Center 822 Cider Avenue 1430.  "MY POWER OF ATTORNEY"and demanded my mother to be move back to Buffalo. They discharged my mother 5/27th 2023 from their facility.

I went to Niagara falls Memorial Medical Center 621 10th street 14301 They discharged my mother 21 days later on  June 26th 2023 from their facility. And brought my Mother to Elicott Center  200 7th street Buffalo New York 14201 they complied to my Requirement and to let me know "EVERYTHING" and told them Lakeema Ithna-Asheri has no

9

"AUTHORITY".

On 7/6/2023 I when to enforce my power of attorney. A James Lockwood agreed and set up a Meeting at Ellicot center on 7/10/2023. Present at the meeting were

**Defendant #3**
Sara Hall d/b/a SARA HALL DIRECTOR OF SOCIAL WORKER
FOR ELLICOTT CENTER FOR THE NURSING HOME has a place of business at Buffalo New York 200 7th street Buffalo New York 14201

**Defendant #4**
James Lockwood d/b/a JAMES LOCKWOOD DIRECTORFOR ELLICOTT CENTER FOR THE NURSING HOME has a place of business at Buffalo New York 200 7th street Buffalo New York 14201

**Defendant #5**
Mendit Path d/b/a MENDIT PATH ADMINISTRATIVE FOR ELLICOTT CENTER FOR THE NURSING HOME has a place of business at Buffalo New York 200 7th street Buffalo New York 14201

**Defendant #6**
Eian Keneedy d/b/a EIAN KENEEDY coordinator for ELLICOTT CENTER FOR THE NURSING HOME has a place of business at Buffalo New York 200 7th street Buffalo New York 14201

**Defendant #7**
Heidi Smith d/b/a HEIDI SMITH R.N FOR ELLICOTT CENTER FOR THE NURSING HOME has a place of business at Buffalo New York 200 7th street Buffalo New York 14201

**Defendant #8**
Menda Puttin d/b/a MENDA PUTTIN ADMINITRATOR
FOR ELLICOTT CENTER FOR THE NURSING HOME has a place of business at Buffalo New York 200 7th street Buffalo New York 14201 that I ready didn't consent to did not consent .

**Sara Hall** was talking as if she own my mother. The ring LEADER of the conspiracy who sat at the Table. Talking to me as if my Mother was property and was insisting I had no power of attorney. They were all stating that the Guardian has more power. No one at the Meeting has a letter from My Mother relinquising me of My duty so I left .

7/11/2023 I Went to the county court building were the alleged court paper were from. I talk to dennis Glascott d/b/a/ a DENNIS GLASCOTT the court clerk for Mastrate Lynn weezll kean as was told we don't have paper work this case is highly classified and to talk to the

Guardian. I didn't consent and left.

On Friday 7/21 2023 Sara Hall and James Lockwood. On my routine visit they were telling my mother is dieing and would not allow her to go to a hospital To make me act irate. They attempt to ban me ban me from ELLICOTT CENTER NURSING HOME Buffalo New York 200 7th street Buffalo New York 14201. I did not consent. I demander that my mother go to SISTERS HOSPITOL 2175 MAIN STREET BUFFALO NEW YORK 14214 under the care of Arron Chang president and CEO of SISTER Of CHARITY HOSPITOL Were as my Mothers proxy I felt she was safe.

My mother reside there for 14 day and without my Consent they move my Mother Back ELLICOTT CENTER FOR THE NURSING HOME Buffalo New York 200 7th · On 8/4/2023. I am now band from the building. FEAR FOR MY MOTHER LIVE there for I am force to File this law suite.

I require a speedy trial and a District Court judge.

*The Court contrues plaintiff's reference to the forth Amendent as an attempt to allege a civl right claim under 42 U.S.C. § 1983. Section 1983 confers a private federal rights of action against any person who, acting under color of stat law. Burnett v Grattan, 468 U.S. 42, 45 n 2 (1984); Stacks v Killian, 96 F 3d 159, 161 (6th Cir.1996 to state a § 1983 claim. A plaintiff must two elements (1) a deprivation of a right secured by the Constitution and law of the United States, and {2) the defendants deprived him of his federal right under color of law Jones v Dunca, 840 F .2d 359, 360-61 (6th Cir. 1988); 42 U.S.C. § 1983.*

# Plaintiff third Claim's Brought pursuant to 18 U. S. C.§§ 241 and 242 and 14141.

Due to Neglect My mother Health was deteriorating rapidly these Violator mention up above violated my Rights as a live breathing man. They have cause me harm by attempting to force me out my legal binding contract MY POWER OF ATTORNEY when I don't consent doing. They have conspire together to deprive me of my rights and privileges to take care of "MY" mother althea mae silmon

These Violators act under color of any law, force their statute, ordinance, regulation, and

11

custom, willfully on me and my mother. They deny me immunities as a live living breathing man. My security's is not protected by the Constitution or laws of the United States by these conspirator. I have been intimidates with them interfering with me participating and enjoying the benefit, service, and privilege of taking care of my mother as they insist on subjecting and persisting me and my mother to their demand. And that is what forces me to file this federal law Suite.These violator are in violation of security agreement  SA# 5456  SA# 5457 SA# 5654 and  trust law.

i seek 1,000,000,000 in monetary Damages against each violator per violation. Each defendant pursuant to two criminal federal crimes statues  18 U. S. C.§§ 241 Conspiracy Against Right , 18 USC §242] Deprivation of right and  Title 42, U. S. C. Section 14141- Pattern and Practice  Plaintiffs attempt to use defendants for monetary damaged under these criminal status is frivolous "[A] private citizen lacks a Judicially Cognizable interest in a claim of another Linda RS  Richard D,410 U.S 614 619 (1973). Only the United States as prosecutor can bring a claim /complaint Under U.S.C. §§ 241-242 (the criminal analogue of 42 U.S.C § (1983).'Cok v Cosentino , 876 F 261 , 2 (is Cir. 1989).

I declare under penalty and perjury under the laws of the United States of America that the foregoing is true and correct.

8-08-2023  By: _tyshawn young_
Signature

Further Affiant sayeth not. By: _Tyshawn young_
tyshwan l young D/b/a TYSHWAN YOUNG
C/o 1440 Jefferson Ave Republic Suite 245
Buffalo, New York, 14208

STATE OF: _____ )
COUNTY OF: _____ )

Subscribed and sworn to me this _____ day of _____ , 20 _____

12

## AFFIDAVIT OF GOOD FAITH

My name is tyshwan young  a/k/a Tyshwan Young I d/b/a TYSHWAN YOUNG

WILL BE MAKING IN good faith DONOT recognize this commercial court for profit and I do

NOT consent to this proceeding for under the color process, the accused-in-error (i.e. the party having atrue name). I protest this action!  There is no joinder of corporate name (on any Warrant) I apologize.

Based on direct observation and belief there is a good faith basis to believe that the violator, THE

has fist had knowledge of the federal crime there they are committing.

I declare under penalty and perjury under the laws of the United States of America that the foregoing is true and correct.

Further Affiant sayeth not. By: tyshawn young
Signature of Affiant, without prejudice

Tyshwan I young d/b/a TYSHWAN YOUNG
C/o 1440 Jefferson Ave. Suite 245
Buffalo, New York, 14208

STATE OF: New York

COUNTY OF: Eric

Subscribed and sworn to me this ___ day of August, 20 23

------------------NOTARY PUBLIC

#01HA6271139
Exp as Oct 2024

13

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

23 CV 800

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Tyshawn Young
D/B/A/ Tyshawn Young

**(b)** County of Residence of First Listed Plaintiff
1440 Jefferson Ave 245
Suite Buffalo NY
14208
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
Lynn Wessel Kean
D/B/A Suprem Court Judge

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Ali, El.

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | [X] 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - Product Liability | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 376 Qui Tam (31 USC 3729(a)) |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | ❏ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ❏ 400 State Reapportionment |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' Liability | ❏ 368 Asbestos Personal Injury Product Liability | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | ❏ 340 Marine | | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❏ 345 Marine Product Liability | | | ❏ 835 Patent - Abbreviated New Drug Application | ❏ 460 Deportation |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ❏ 840 Trademark | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle Product Liability | [X] 370 Other Fraud | ❏ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| ❏ 190 Other Contract | ❏ 360 Other Personal Injury | ❏ 371 Truth in Lending | ❏ 720 Labor/Management Relations | ❏ 861 HIA (1395ff) | ❏ 485 Telephone Consumer Protection Act |
| ❏ 195 Contract Product Liability | | ❏ 380 Other Personal Property Damage | | ❏ 862 Black Lung (923) | ❏ 490 Cable/Sat TV |
| ❏ 196 Franchise | ❏ 362 Personal Injury - Medical Malpractice | ❏ 385 Property Damage Product Liability | ❏ 740 Railway Labor Act | ❏ 863 DIWC/DIWW (405(g)) | ❏ 850 Securities/Commodities/ Exchange |
| | | | ❏ 751 Family and Medical Leave Act | ❏ 864 SSID Title XVI | |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 790 Other Labor Litigation | ❏ 865 RSI (405(g)) | ❏ 890 Other Statutory Actions |
| ❏ 210 Land Condemnation | [X] 440 Other Civil Rights | **Habeas Corpus:** | ❏ 791 Employee Retirement Income Security Act | | ❏ 891 Agricultural Acts |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ❏ 893 Environmental Matters |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate Sentence | | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | [X] 895 Freedom of Information Act |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations | ❏ 530 General | | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 896 Arbitration |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 535 Death Penalty | **IMMIGRATION** | | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities - Other | **Other:** | ❏ 462 Naturalization Application | | |
| | ❏ 448 Education | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration Actions | | ❏ 950 Constitutionality of State Statutes |
| | | ❏ 550 Civil Rights | | | |
| | | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Violation USC 242 1983 Color Law USC tittle
Brief description of cause:
Deprivation of Rights under

## VII. REQUESTED IN COMPLAINT:
❏ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ❏ Yes ❏ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*:
8-08-2023
JUDGE
DOCKET NUMBER

DATE
Tyshawn Young
SIGNATURE OF ATTORNEY OF RECORD
August 8

**FOR OFFICE USE ONLY**

RECEIPT #         AMOUNT         APPLYING IFP         JUDGE         MAG. JUDGE

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.
 (b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)
 (c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.