**Plaintiff**
tyshawn L young D/b/a TYSHAWN YOUNG a/k/a
C/o 1440 Jefferson Ave Republic Suite 245
Buffalo, New York, 14208

Vs.



**Defendant #1**
Thomas J Quatroche, d/b/a/ THOMAS J QUATROCHER ,JR., PH.D
CHEIEF EXECUTIVE OFFICER ERIE COUNTY MEDICAL CENTER
462 Grider Buffalo New York 14215 et, al

Federal case # 23-cv-00800-JLS

AFFIDAVIT OF TRUTH

CLEANS HANDS

DEAR Honor this is a direct examination?

1). i ask for speedy trial, New York State laws 18 U.S.C 316 [B] has been dishonored.

2? NEW YORK LAWS says 60 days to answer affidavit on a case must be answer in a timely fashion. This seems like dishonor to my mother.

3). How is anybody dishonoring primordial laws .when they must not be broken at all.

4). All these Corporation has been breaking the true essence of the creator laws that must be up held up at all times by everyone.

5). How can anyone break contract laws with a provision in it ,also coming from the PRIMORDIAL ESSENCE that specify true facts of my power of attorney .

6). When it comes to Canon law all Judges must show integrity of the true facts of law. When having all answer from the plaintiff as facts an truth on a case. A judge must do the right things when et. al. has broken organic laws. I am request answer in 3 days from you receive this letter of affidavit truth.

ps my mother is back Mercy Hospital on Abbott Road due to these neglect and breach of My contract.

tyshawn L young D/b/a TYSHAWN YOUNG a/k/a
C/o 1440 Jefferson Ave Republic Suite 245
Buffalo, New York, 14208
Beneficiary

*tyshawn young* (signature)

void where prohibited by law

UCC 1-308

STATE OF: New York
COUNTY OF: Erie
Subscribed to me this 5 day of Jan 20
NOTARY PUBLIC: _____
Witness;
CC GOVERNOR Kathy Hochul
CC ATTORNEY GENERAL LATITIA JAMES

# 01HA6271139
EXP 25 OCT 2024

